| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W.Radowitz,Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor | |
|---|---|
| | Order Filed on October 13, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VENESSA MOORE | Case No: 17-25035<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  JJKS |

### ORDER TO CONTINUE AND/OR IMPOSE THE AUTOMATIC STAY
### AS TO ALL CREDITORS

    The relief set forth on the following pages, numbered two (2) through <u>two (2)</u>  is hereby **ORDERED**.

**DATED: October 13, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

DEBTORS:   VENESSA MOORE

CASE NO:   17-25035/JKS

ORDER CAPTION:   **ORDER TO CONTINUE AND/OR IMPOSE THE AUTOMATIC STAY AS TO ALL CREDITORS**

---

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Automatic Stay as to all creditors is continued and/or imposed, and further

**ORDERED**, that a copy of this order be served to all parties.