| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowitz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor | Order Filed on October 13, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>VENESSA MOORE | Case No: 17-25035<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  JJKS |

**ORDER TO CONTINUE AND/OR IMPOSE THE AUTOMATIC STAY
AS TO ALL CREDITORS**

　　　The relief set forth on the following pages, numbered two (2) through <u>two (2)</u>  is hereby **ORDERED**.

**DATED: October 13, 2017**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

DEBTORS:     VENESSA MOORE

CASE NO:     17-25035/JKS

ORDER CAPTION:     **ORDER TO CONTINUE AND/OR IMPOSE THE AUTOMATIC STAY AS TO ALL CREDITORS**

---

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Automatic Stay as to all creditors is continued and/or imposed, and further

**ORDERED**, that a copy of this order be served to all parties.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-25035-JKS
Venessa Moore                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1               Date Rcvd: Oct 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
db              #+Venessa Moore,    41 Hill Street,    Bogota, NJ 07603-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                          Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor Venessa  Moore bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2004-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series SPMD 2004-C dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4