| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowitz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor(s) | **Order Filed on May 25, 2018 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>VENESSA MOORE | Case No: 17-25035<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: JKS |

### ORDER APPROVING THE LOAN MODIFICATION OF SPECIALIZED LOAN SERVICING, LLC

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u>  is hereby **ORDERED**.

**DATED: May 25, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

DEBTORS:   VENESSA MOORE

CASE NO:   **17-25035/JKS**

ORDER CAPTION:   **ORDER APPROVING THE LOAN MODIFICATION OF SPECIALIZED LOAN SERVICING, LLC**

---

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Loan Modification of Specialized Loan Servicing, LLC is approved

**ORDERED**, that a copy of this order be served to all parties.

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Secured Creditor shall amend the arrearage portion of its Proof of Claim to the Amount paid to date by the Chapter 13 Trustee or withdraw the claim within thirty (30) days of completion of the loan modification.

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated.

**ORDERED** that in the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor's attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to secured creditor.

**ORDERED** that in the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan.

**ORDERED** that with respect to any post- petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized

into the loan, secured creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

**ORDERED**, the debtor shall file Amended Schedules and Modified Plan within 10 days from this Order.

**ORDERED**, that a copy of this order be served to all parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Venessa Moore  
      Debtor

Case No. 17-25035-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 29, 2018  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.  
db           #+Venessa Moore,    41 Hill Street,    Bogota, NJ 07603-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2018 at the address(es) listed below:  
           Bruce W. Radowitz    on behalf of Debtor Venessa  Moore bradowitz@comcast.net, r45676@notify.bestcase.com  
           Denise E. Carlon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2004-C, Home Equity Mortgage Loan Asset-Backed Certificates, Series SPMD 2004-C dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 4