Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                Case No.:  17−25035−JKS
                                                Chapter:  13
                                                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Venessa Moore
   41 Hill Street
   Bogota, NJ 07603

Social Security No.:
   xxx−xx−0120

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/20/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 20, 2018
JAN: zlh

                                                                                              Jeanne Naughton
                                                                                              Clerk

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 17-25035-JKS
Venessa Moore                                                           Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2           Date Rcvd: Jun 20, 2018
                               Form ID: 148                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db            #+Venessa Moore,    41 Hill Street,    Bogota, NJ 07603-1326
517072705      +Aaron's,    Store # F568,    190 Main Street,    Hackensack, NJ 07601-7312
516962377      +Capitol One Auto Finance,    Po Box 259407,    Plano, TX 75025-9407
517072706      +City of Portgage-EMS Billing,    6070 Central Avenue,    Portage, IN 46368-3501
517090128      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517072709      +Hackensack Non-Invasive Vascular Lab.,    Po Box 95000,    Philadelphia, PA 19195-0001
517072710      +Hackensack Radiology Group,    Po Box 416367,    Boston, MA 02241-6367
517072711      +Hackensack UMC,    Po Box 48027,    Newark, NJ 07101-4827
517072712      +Hackensack University Medical Center,    Po Box 48027,    Newark, NJ 07101-4827
517072713      +Hackensack University Medical Group,    Po Box 9500,    Philadelphia, PA 19124-0500
517072715      +Indiana Physician Services,    Mailstop: 49503836,    Po Box 660827,    Dallas, TX 75266-0827
517072716      +New Jersey E-ZPass c/o,    Retrieval Masters Creditors Bureau, Inc,
                 4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1616
517072720      +PSE&G,    Po Box 1444,    New Brunswick, NJ 08903-1444
516962378       Pluese Becker & Saltzman, PC,    200000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054
517072718      +Porter Group Services, LLC,    Mailstop: 46538136,    Po Box 660827,    Dallas, TX 75266-0827
517072719      +Porter Hosptial c/o Professional Acct.,    Services, Inc,    Po Box 188,
                 Brentwood, TN 37024-0188
517072721      +Quest Diagnostics,    Po Box 740985,    Cincinnati, OH 45274-0985
516962379      +SLS,    8742 Lucent Blvd, suite 300,    Littleton, CO 80129-2386
517072723      +State of New Jersey,    Po Box 4850,    Trenton, NJ 08650-4850
517072725      +TD Bank c/o Synergetic Communications,,    5450 N.W. Central #220,    Houston, TX 77092-2061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2018 00:04:58       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2018 00:04:55       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517037773      +EDI: AISACG.COM Jun 21 2018 03:33:00      Capital One Auto Finance,
                 Attn: AIS Portfolio Services, LP,    4515 Santa Fe Ave.,    Dept. APS,
                 Oklahoma City, OK 73118-7901
517143917      +EDI: AISACG.COM Jun 21 2018 03:33:00      Capital One Auto Finance, c/o AIS Portfolio Servic,
                 P.O. Box 4360,    Houston, TX 77210-4360
517072707      +E-mail/Text: compliance@contractcallers.com Jun 21 2018 00:05:56       Contract Callers, Inc,
                 Po Box 2207,    Augusta, GA 30903-2207
517072708      +EDI: CONVERGENT.COM Jun 21 2018 03:33:00      Convergent Outsourcing, Inc,    Po Box 9004,
                 Renton, WA 98057-9004
517072714      +EDI: WFNNB.COM Jun 21 2018 03:33:00      HSN,    Po Box 659707,    San Antonio, TX 78265-9707
517072717      +EDI: CONVERGENT.COM Jun 21 2018 03:33:00      Optimum c/o Convergent,    800 SW 39th St.,
                 Po Box 9004,    Renton, WA 98057-9004
517072722      +EDI: RMCB.COM Jun 21 2018 03:33:00      Quest Diagnostics Incorporated c/o AMCA,
                 4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1615
517072724       EDI: TDBANKNORTH.COM Jun 21 2018 03:33:00      TD Bank,    Po Box 8400,    Lewiston, ME 04243
                                                                                                 TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517598599*     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 20, 2018
                               Form ID: 148             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              Bruce W. Radowitz    on behalf of Debtor Venessa  Moore bradowitz@comcast.net,
               r45676@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Home Equity Mortgage Loan Asset-Backed Trust, Series SPMD 2004-C, Home Equity Mortgage Loan
               Asset-Backed Certificates, Series SPMD 2004-C dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4
```